IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ETHEL LEE KENNEDY,

    Plaintiff,

v.                                        CASE NO.: 3:09cv403/MCR/MD

BLUE BELL CREAMERIES, INC.,
BLUE BELL CREAMERIES, L.P.,
and WALMART STORES, INC.,

    Defendants.
_____/

## O R D E R

This cause is before the court upon the Notice of Settlement filed by Plaintiff. (Doc. 11). Plaintiff advises a settlement agreement has been reached and dismisses with prejudice all claims against Walmart Stores, Inc. Upon consideration of the foregoing, plaintiff's claims against Walmart Stores, Inc., are **DISMISSED** with prejudice, each party to bear their respective fees and costs. In the event the settlement is not consummated, the court reserves the power, upon motion filed by any party within sixty days of the date of this order, to amend or vacate and set aside this dismissal and reinstate the claims against Walmart Stores, Inc.

The Notice of Settlement also provides that plaintiff's claims against any other defendant are not affected by the settlement and remain in full force and effect. A review of the court docket, however, reveals plaintiff's Notice of Voluntary Dismissal of Blue Bell Creameries, Inc., filed in the state court action on September 9, 2009 (doc. 5, pg. 27), the same date the case was removed to this court. The clerk is directed to note this voluntary

dismissal of Blue Bell Creameries, Inc., on the case docket, leaving Blue Bell Creameries, L.P., as the only remaining defendant in this cause of action.[1]

**ORDERED** this 9th day of October, 2009.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's Notice of Settlement contains Blue Bell Creameries, Inc., and Walmart Stores, Inc., in the case style heading, while the Report of the Parties' Planning Meeting filed October 7, 2009, (doc. 10) contains Blue Bell Creameries, L.P., and Walmart Stores, Inc.

Case No.: 3:09cv403/MCR/MD